```
1  PATRICK L. FORTE, #80050
   ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re**: | Case No. 12-46583 RLE |
| **CHRISTOPHER MICHAEL DUNHAM**, | Chapter 13 |
|         **Debtor**. | MOTION TO MODIFY CHAPTER 13 PLAN |
| _____/ | |

The above-named debtor applies to the court for an order to modify his Chapter 13 Plan as follows:

The IRS's claim, claim #7, of $1,901.00 is to be paid through the plan as a priority claim. Commencing May 2013, debtor will pay $295.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

The modification is sought on the following grounds:
To accommodate the IRS's claim and make the Chapter 13 plan feasible.

Dated: April 22, 2013

                                          /s/ Anne Y. Shiau
                                          ANNE Y. SHIAU
                                          Attorney for Debtor